# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BEAU SEVIN

NO. 2021 KW 0675

**AUGUST 16, 2021**

---

In Re:     Beau Sevin, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 20-CR-000031.

---

**BEFORE: McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include documentation regarding a request for an evidentiary hearing and the district court's denial of that request, transcripts of the hearings held by the court, and any other documentation or evidence that might support the claims in the writ application. Supplemtation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisisana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before October 12, 2021. Any future filing on this issue should include the entire contents of this application, this missing items noted above, and a copy of this ruling.

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

_DEPUTY CLERK OF COURT_
FOR THE COURT